TON AND WESTERN CAROLINA RAILWAY COMPANY. Fifth Circuit. Denied April 21, 1902. *Mr. Henry C. Cunningham* and *Mr. Alexander R. Lawton* for the petitioners. *Mr. Augustine T. Smythe* opposing.

---

No. 637. TRAIN *v.* UNITED STATES. Second Circuit. Denied April 21, 1902. *Mr. Albert Comstock* for the petitioners. *Mr. Attorney General* and *Mr. Solicitor General Richards* opposing.

---

No. 639. MAYES *v.* SOUTHERN RAILWAY COMPANY. Fourth Circuit. Denied April 21, 1902. *Mr. Charles W. Tillett* for the petitioner. *Mr. Charles Price* opposing.

---

No. 651. MUNN *v.* BAKER. Second Circuit. Denied April 28, 1902. *Mr. James J. Macklin* for the petitioner. *Mr. Harrington Putnam, Mr. James K. Symmers, Mr. J. E. Carpenter* and *Mr. Samuel Park* opposing.

---

No. 653. FIRST NATIONAL BANK OF LOUISVILLE *v.* HINDMAN. Sixth Circuit. Denied April 28, 1902. *Mr. Alexander Pope Humphrey* and *Mr. John L. Dodd* for the petitioners. *Mr. Augustus E. Willson* and *Mr. Edward J. McDermott* opposing.

---

No. 652. HARDING *v.* HART. Seventh Circuit. Denied April 28, 1902. (Mr. Justice Brown took no part in the disposition of this application.) *Mr. A. A. Hoehling, Jr.,* for the petitioner. *Mr. Frederic Ullman* and *Mr. D. J. Schuyler* opposing.

---

No. 636. GUARANTY TRUST COMPANY OF NEW YORK *v.* GROT-

RIAN. Second Circuit. Denied May 5, 1902. *Mr. Julien T. Davies* for the petitioner. *Mr. James B. Dill* and *Mr. Arthur J. Baldwin* opposing.

---

No. 648. BARR CAR COMPANY *v.* CHICAGO & NORTHWESTERN RAILWAY COMPANY. Seventh Circuit. Denied May 5, 1902. *Mr. John W. Munday* for the petitioner. *Mr. George S. Payson* opposing.

---

No. 649. SEYMOUR LUMBER COMPANY *v.* CARLING. Fifth Circuit. Denied May 5, 1902. *Mr. John R. L. Smith* for the petitioners. *Mr. A. O. Bacon, Mr. Washington Dessau* and *Mr. Nathaniel E. Harris* opposing.

---

No. 657. FAIRGRIEVE *v.* MARINE INSURANCE COMPANY (LIMITED), OF LONDON. Denied May 5, 1902. *Mr. Harvey D. Goulder* for the petitioners.

---

No. 585. BOARD OF COMMISSIONERS OF STANLY COUNTY *v.* COLER & COMPANY. Fourth Circuit. Granted May 19, 1902. *Mr. James E. Shepherd, Mr. A. C. Avery* and *Mr. C. M. Busbee* for the petitioners. *Mr. John F. Dillon, Mr. Charles Price, Mr. Harry Hubbard* and *Mr. John M. Dillon* opposing.

---

No. 665. PATTON *v.* SOUTHERN RAILWAY COMPANY. Fourth Circuit. Denied May 19, 1902. *Mr. Theodore F. Davidson* for the petitioner. *Mr. Charles Price* opposing.

---

No. 669. TAYLOR *v.* PARRAMORE. Second Circuit. Denied May 19, 1902. *Mr. W. G. Henderson* and *Mr. J. Edgar Bull* for the petitioner. *Mr. Edwin H. Brown* and *Mr. James A. Hudson* opposing.